## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# SCANNED
## 3RD CIRCUIT COURT OF APPEAL

**REHEARING ACTION: July 3, 2013**

Docket Number: 13   00405-CW

VESTER JOHNSON
VERSUS
T. TAYLOR TOWNSEND AND
DONALD G. KELLY

Writ Application from Natchitoches Parish Case No. 84,884-A

BEFORE JUDGES: COOKS, SAUNDERS, AMY, PICKET AND CONERY

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by VESTER JOHNSON has this day been DENIED.

CC:
James Huey Gibson
Vester Johnson
Hon. E. R. Harrington
Hon. Louie Bernard